**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00912-CV

### ASHVIN REDDY ADMAL, Appellant

### V.

### VENTURES TRUST 2013 I-H-R AND BSI FINANCIAL SERVICES, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14365**

## ORDER

The reporter's record in this case is overdue. By postcard dated August 30, 2016, we notified the official court reporter for the 134th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins, to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification the reporter's record has not been requested, or that appellant has not paid for or made*

*arrangements to pay for the reporter's record, we will order the appeal submitted without the*

*reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:


Honorable Dale Tillery
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties


/s/      CAROLYN WRIGHT
         CHIEF JUSTICE